**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6813**

---

BART FITZGERALD MCCLAIN,

Plaintiff - Appellant,

versus

MARTY LOUDERMILK, Detective; CHRIS WARREN,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Graham C. Mullen, Chief District Judge. (CA-01-37-2-MU)

---

Submitted: August 23, 2001          Decided: August 30, 2001

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bart Fitzgerald McClain, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bart Fitzgerald McClain appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny McClain's motion for general relief and affirm on the reasoning of the district court. McClain v. Loudermilk, No. CA-01-37-2-MU (W.D.N.C. Apr. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2